# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOEL SHAY CROSS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Case No. CIV-24-1219-G |
| | ) |
| **WOODWARD COUNTY BOARD OF** | ) |
| **COUNTY COMMISSIONERS et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Plaintiff Joel Shay Cross, a state prisoner appearing pro se, filed a Complaint (Doc. No. 1) alleging deprivations of his constitutional rights against multiple defendants. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings.

On November 22, 2024, Judge Mitchell granted Plaintiff's application for leave to proceed *in forma pauperis* and ordered Plaintiff to submit an initial partial filing fee of $28.18. *See* Order of Nov. 22, 2024 (Doc. No. 5).

On December 30, 2024, Judge Mitchell issued a Report and Recommendation (Doc. No. 8), recommending that this matter be dismissed due to Plaintiff's failure to comply with the order to pay the initial filing fee. *See id.* at 1-4.

Since that date, Plaintiff has submitted several payments, totaling more than $28.18, to the Court. *See, e.g.*, Doc. Nos. 12, 13, 14. Accordingly, the Court finds that Plaintiff has made a good-faith attempt to comply with the Court's order regarding the filing fee.

The Court therefore will re-refer this action to allow Plaintiff to otherwise proceed with this matter in accordance with applicable Federal and Local Civil Rules.

## CONCLUSION

Accordingly, the reasoning of the Report and Recommendation (Doc. No. 8) is ADOPTED. The Court declines to dismiss this matter at this time.

This matter is re-referred to Judge Mitchell in accordance with the previous order of referral.

IT IS SO ORDERED this 9th day of April, 2025.

_____
CHARLES B. GOODWIN
United States District Judge