UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOEL SHAY CROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-1219-G |
| | ) |
| WOODWARD COUNTY BOARD OF | ) |
| COUNTY COMMISSIONERS et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Joel Shay Cross, a state prisoner appearing pro se, filed a Complaint (Doc. No. 1) alleging deprivations of his constitutional rights against multiple defendants. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings.

On July 22, 2025, Judge Mitchell issued a detailed Report and Recommendation (Doc. No. 21) recommending that this action be dismissed on screening for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2).

In the Report and Recommendation, Judge Mitchell advised Plaintiff of his right to object to the Report and Recommendation by August 12, 2025. Judge Mitchell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not filed an objection to the Report and Recommendation or sought leave for additional time to do so.

CONCLUSION

Accordingly, the court ADOPTS the Report and Recommendation (Doc. No. 21) in its entirety. This action is DISMISSED without prejudice.

A separate judgment shall be entered.

IT IS SO ORDERED this 8th day of October, 2025.

_____
CHARLES B. GOODWIN
United States District Judge